[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 519.]

THE STATE OF OHIO, APPELLANT, *v.* JONES, APPELLEE.

[Cite as *State v. Jones*, 2000-Ohio-236.]

*Criminal procedure—R.C. 2967.28—Post-release control—Court of appeals' judgment reversed on authority of Woods v. Telb and cause remanded for judgment consistent with Woods.*

(No. 99-1881—Submitted July 25, 2000—Decided August 3, 2000.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 74247.

————————————

*William D. Mason*, Cuyahoga County Prosecuting Attorney, and *Lisa Reitz Williamson*, Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker*, Ohio Public Defender, and *Alison M. Clark*, Assistant State Public Defender; and *Lawrence Cook*, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Woods v. Telb* (2000), 89 Ohio St.3d 504, 733 N.E.2d 1103, the cause is remanded for judgment consistent with *Woods*, and the trial court's denial of appellee's motion to terminate his post-release control is reinstated.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK, J., not participating.

————————————